**HONORABLE:** Jeffrey Alker Meyer
**DEPUTY CLERK** Y. Gutierrez
**RPTR/ECRO/TAPE** Diana Huntington
**TOTAL TIME:** 6 hours 33 minutes
**DATE:** 3/12/2020
**START TIME:** 8:34 AM
**END TIME:** 4:08
**LUNCH RECESS** **FROM:** 12:04 PM **TO:** 1:05 PM
**RECESS (if more than ½ hr)** **FROM:** **TO:**

**CIVIL NO.** 3:17-cv-02064-JAM

Securities and Exchange Comm.

vs

Westport Capital Markets, LLC

Kathleen B. Shields, Michael C. Moran
Plaintiff's Counsel

R. Levan, B. E. Spears, Jon-Jorge Aras
Defendant's Counsel

## CIVIL JURY/COURT TRIAL

- [✓] Jury of 8 reported. [ ] Jury sworn
- [ ] Juror # _____ excused.
- [✓] Jury Trial held [✓] Jury Trial continued until 3/13/2020 at 9:30 AM
- [ ] [ ] Court Trial begun [ ] Court Trial held [ ] Court Trial continued until _____
- [ ] Court Trial concluded [ ] DECISION RESERVED
- [ ] ....# _____ Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] ....# _____ Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] ....# _____ Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] ....# _____ Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] Oral Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] Oral Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] Oral Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] Oral Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] _____ [ ] filed [ ] docketed
- [ ] _____ [ ] filed [ ] docketed
- [ ] _____ [ ] filed [ ] docketed
- [ ] _____ [ ] filed [ ] docketed
- [ ] _____ [ ] filed [ ] docketed
- [ ] Plaintiff(s) rests [✓] Defendant(s) rests
- [ ] Briefs(s) due [ ] Pltf _____ [ ] Deft _____ [ ] Reply _____
- [ ] [ ] Summations held [ ] Court's Charge to the Jury
- [ ] All full exhibits, [ ] Verdict form, [ ] Interrogatories to the jury handed to jury
- [ ] Jury commences deliberations at _____
- [ ] Court orders jury to be fed at government expense (bill w/copy of jury sign-in sheet to finance clerk)
- [ ] SEE page 2 for verdict
- [✓] COPY TO: JURY CLERK with daily juror attendance sign-in sheet

☐……… Court declares MISTRIAL

☐……… Verdict Form filed

☐……… VERDICT: _____

☐……… Court accepts verdict and orders verdict verified and recorded

☐……… Jury Polled

## MISCELLANEOUS PROCEEDINGS