UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SECURITIES AND EXCHANGE
COMMISSION,
    *Plaintiff*,

v.

WESTPORT CAPITAL MARKETS, LLC, *et al.*,
    *Defendants*.

No. 3:17-cv-02064 (JAM)

# JURY VERDICT FORM

We, the jury, unanimously find:

### COUNT ONE – INVESTMENT ADVISER FRAUD

1. **Investment Advisers.** Has the SEC proved by a preponderance of the evidence that Westport Capital Markets, LLC, and Christopher McClure were investment advisers?

   Yes ✓    No ____

2. **Interstate Commerce.** Has the SEC proved by a preponderance of the evidence that Westport Capital Markets, LLC, and Christopher McClure used mail or the means or instrumentalities of interstate commerce in connection with their conduct?

   Yes ✓    No ____

3. **Inadequate Disclosure.** Has the SEC proved by a preponderance of the evidence that Westport Capital Markets, LLC, and Christopher McClure failed to make an adequate disclosure of the conflict of interest to their clients?

   Yes ✓    No ____

4. **Intentional or Reckless Failure to Disclose.**

   a. <u>Westport Capital Markets, LLC</u>. Has the SEC proved by a preponderance of the evidence that Westport Capital Markets, LLC, acted intentionally or recklessly when it failed to make the required disclosure of compensation from selling dealer offerings?

   Yes ✓    No ____

b. <u>Westport Capital Markets, LLC</u>. Has the SEC proved by a preponderance of the evidence that when Westport Capital Markets, LLC, failed to disclose the receipt of 12b-1 fees from the sale of mutual funds on its Forms ADV, it did so knowing that it was omitting information that was required to be disclosed?

Yes ✓   No ____

c. <u>Christopher McClure</u>. Has the SEC proved by a preponderance of the evidence that when Christopher McClure answered "no" in Part I of the Forms ADV to a question whether Westport engaged in principal transactions with its advisory clients, he did so knowing that the answer was untrue?

Yes ✓   No ____

d. <u>Christopher McClure</u>. Has the SEC proved by a preponderance of the evidence that when Christopher McClure failed to disclose the receipt of 12b-1 fees from the sale of mutual funds on its Forms ADV, he did so knowing that he was omitting information that was required to be disclosed?

Yes ✓   No ____

**<u>ALL YOUR ANSWERS MUST BE UNANIMOUS</u>**

Please double check the accuracy of your answers to the questions above, and then sign and date this verdict form.

/s/ _____     3/16/2020
Foreperson                                              Date

*Please note that the signature of the Foreperson will be redacted in official court records in order to protect against public disclosure of the Foreperson's name.*

3