≡AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF    Connecticut

| Securities and Exchange Comm. | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| Westport Capital Markets, LLC | Case Number:  3:17-cv-02064-JAM |

| PRESIDING JUDGE<br>Jeffrey Alker Meyer | PLAINTIFF'S ATTORNEY<br>K. B. Shields, M. C. Moran | DEFENDANT'S ATTORNEY<br>Richard Levan, Brian E. Spears |
|---|---|---|
| TRIAL DATE (S)<br>3/9/2020 - 3/16/2020 | COURT REPORTER<br>Diana Huntington | COURTROOM DEPUTY<br>Y. Gutierrez |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | 3/9/2020 | | | Witness John Billhardt, Stamford, CT |
| X | | 3/9/2020 | | | Witness Carolyn Pinchevsky, Boca Raton, FL |
| X | | 3/9/2020 | | | Witness Amy Holzman, Larchmont, NY |
| X | | 3/10/2020 | | | Witness Amy Holzman, Larchmont, NY |
| X | | 3/10/2020 | | | Witness Eric Lawton, Guilford, NY |
| X | | 3/10/2020 | | | Witness Marisal Maher, Stratford, CT |
| X | | 3/10/2020 | | | Witness Jan Jindra, PhD., Redwood City, CA |
| X | | 3/11/2020 | | | Transcript of Deposition dated    Read Christopher McClure |
| X | | 3/11/2020 | | | Expert Witness Marti Murray, New York, New York. |
| X | | 3/11/2020 | | | Witness Henry Atterbury, Hospital, Rhode Island |
| X | | 3/11/2020 | | | Witness Christopher McClure, Fairfield, CT |
| X | | 3/12/2020 | | | Witness Christopher McClure, Fairfield, CT |
| X | | 3/12/2020 | | | Witness Elliot Server, Atlanta, GA |
| X | | 3/13/2020 | | | Witness Lori Weston, Concord, New Hampshire |
| X | | 3/13/2020 | | | Court Exhibit 1 Juror Note |
| X | | 3/16/2020 | | | Court Exhibit 2 Juror Note |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of     1     Pages