SEC v. Westport
17cv2064-JAM
Trial Exhibits ID List

| Ex # | Date | Description | Date Offered | ID | FULL |
|---|---|---|---|---|---|
| 1 | 2/9/12 | Form ADV Part 1 dated Feb. 9, 2012 | 3/10/20 | | FULL |
| 2 | 2/1/12 | Form ADV Parts 2A and 2B dated Feb. 2012 | 3/11/20 | | FULL |
| 3 | 9/18/12 | Form ADV Part 1 dated Sept. 18, 2012 | 3/10/20 | | |
| 4 | 9/1/12 | Form ADV Parts 2A and 2B dated Sept. 2012 | 3/11/20 | | FULL |
| 5 | 9/16/13 | Form ADV Part 1 dated Sept. 16, 2013 | 3/10/20 | | FULL |
| 6 | 9/16/13 | Form ADV Parts 2A and 2B dated Sept. 2013 | 3/11/20 | | FULL |
| 7 | 7/15/14 | Form ADV Part 2A | | | |
| 8 | 9/25/14 | Form ADV Part 1 dated Sept. 25, 2014 | 3/10/20 | | FULL |
| 9 | 9/1/14 | Form ADV Parts 2A and 2B dated Sept. 2014 | 3/11/20 | | FULL |
| 10 | 10/1/14 | Email attaching Form ADV Part 2A dated Oct. 2014 | | | |
| 11 | 3/1/15 | Form ADV Part 2B dated March 2015 | 3/11/20 | | FULL |
| 12 | 9/1/15 | Form ADV Parts 2A and 2B dated Sept. 2015 | | | |
| 13 | 8/1/16 | Form ADV Part 2A dated Aug. 2016 | | | |
| 14 | 12/11/17 | Plaintiff's Complaint (ECF No. 1) | | | |
| 15 | 2/7/18 | Defendants' Answer, Defenses, and Affirmative Defenses (ECF No. 11) | | | |
| 16 | 6/29/18 | Westport's Amended Responses to Plaintiff's First Set of Discovery Requests | | | |
| 17 | 9/10/18 | Defendants' Amended Responses to Plaintiff's Requests for Admission | 3/12/20 | | |
| 18 | 3/4/11 | Email McNicoll to McClure re Sub Agent Agreement | | | |
| 19 | 3/10/11 | Email from McNicoll to McClure re Master Selected Dealer Agreement | | | |
| 20 | 3/14/11 | Email to Billhardt from Maher cc: McClure re Signed Agreement with Master Selected Dealers Agreement attached | 3/9/20 | | FULL |
| 21 | 3/16/11 | Email Colucci to McClure re MHR Preferred Offering Details | | | |
| 22 | 5/10/11 | Email from Maher to Batick attaching mutual funds available thru JPMCC | | | |
| 23 | 5/17/11 | Email from Billhardt to McClure re Magnum Hunter Resources Presentation | | | |
| 24 | 6/20/11 | Email from Loforte to McClure re GST.PRA purchase | | | |
| 25 | 9/28/11 | Westport's IA Supervisory Procedures Questionnaire | | | |
| 26 | 12/13/11 | Email from McClure to Billhardt re AIV series Z | | | |
| 27 | 2/15/12 | Email from Marisa Maher to Henry Atterbury | | | |
| 28 | 3/22/12 | Email from Colucci to McClure re MLV/Westport proposed terms | | | |
| 29 | 10/11/12 | Email to Batick From McClure with MLV Westport Press Release Final attached | | | |
| 30 | 3/21/13 | Email from Kostreci to McClure re Glimcher Realty Trust | 3/9/20 | | FULL |
| 31 | 3/25/13 | Email from McClure to Kostreci re Calumet Specialty Product launch follow up | | | |
| 32 | 5/1/13 | Email to McClure from Kostreci cc: Marisa re RE: Saratoga Investment Advisors, LLC: 7 yr Notes (Baby Bonds) | 3/11/20 | | FULL |
| 33 | 5/1/13 | Email from McClure to Kostreci re Saratoga IA 7 year notes | | | |

SEC v. Westport
17cv2064-JAM
Trial Exhibits ID List

| Ex # | Date | Description | Date Offered | ID | FULL |
|------|------|-------------|--------------|-----|------|
| 34 | 5/3/13 | Email to Holzman re Estate Account discount | 3/9/20 | | FULL |
| 35 | 5/7/13 | Email to Esterly from Pironti re Insurance Applications | 3/10/20 | | FULL |
| 36 | 5/8/13 | Holzman email to McClure | 3/9/20 | | FULL |
| 37 | 7/17/13 | E-mail to Bryan Esterly re E&O insurance from Marisa Maher | 3/10/20 | | FULL |
| 38 | 9/20/13 | E-mail from Maher attaching written supervisory procedures. | 3/10/20 | | FULL |
| 39 | 10/30/13 | Email from Marisa Maher attaching list of mutual funds | 3/10/20 | | FULL |
| 40 | 11/15/13 | E-mail from Maher attaching 2011 RIA compliance and procedures manual. | 3/10/20 | | FULL |
| 41 | 12/16/13 | Email to Ashe from Maher attaching RIA compliance policies and procedures manual and code of ethics (updated November 2013) | 3/10/20 | | FULL |
| 42 | 1/13/14 | Email from McClure to Bagley re RAIT $87.8 M shares | | | |
| 43 | 1/13/14 | Email from Lawton to Lobosco re fee based account and agreement | 3/10/20 | | FULL |
| 44 | 1/28/14 | Memo to McClure re Best Execution | | | |
| 45 | 2/10/14 | Email from McClure to Bagley re Diana Shipping launch | | | |
| 46 | 2/11/14 | Email from Lawton to Scott re mutual fund lift | | | |
| 47 | 2/21/14 | Holzman email to Maher re Arbor Realty Trust | | | |
| 48 | 3/28/14 | Holzman email to Maher re Bluerock Residential Growth | 3/9/20 | | FULL |
| 49 | 4/8/14 | April 8, 2014 Holzman email to Maher re RAIT Financial | | | |
| 50 | 5/8/14 | Email from McClure to Bagley re Atlas Resource launch details | 3/9/20 | | FULL |
| 51 | 5/27/14 | Email from McClure to Bagley re Strategic Hotels & Resorts launch details | | | |
| 52 | 6/25/14 | Email from Bagley to McClure re AmTrust $25 Par preferred | | | |
| 53 | 6/25/14 | Email from Bagley to McClure re  AmTrust, added as selling group member | | | |
| 54 | 7/11/14 | Holzman email to Maher re FX Energy Series B | | | |
| 55 | 8/13/14 | Email to Fava from McClure cc: Maher re FW: Launch Details with Fifth Street attachment | 3/11/20 | | FULL |
| 56 | 8/13/14 | Email to Bagley from McClure re Launch Details | 3/11/20 | | FULL |
| 57 | | Reserved (duplicate document) | | | |
| 58 | 9/3/14 | Email from McClure to Bagley re Arlington Asset Investment | | | |
| 59 | 9/3/14 | Email from McClure to Bagley re NorthStar Realty Finance launch deal | | | |
| 60 | 10/2/14 | Email from McClure to Bagley re Legacy Reserves launch details | | | |
| 61 | 10/6/14 | Email from McClure to Bagley re Breitburn Energy launch | 3/9/20 | | FULL |
| 62 | 10/13/14 | Email to Batick from Maher re ADV Part II brochure with Westport ADV attached | | | |
| 63 | 10/28/14 | Email to McClure from McNicoll asking about AUM growth since Westport investment | | | |

SEC v. Westport

17cv2064-JAM

Trial Exhibits ID List

| Ex # | Date | Description | Date Offered | ID | FULL |
|---|---|---|---|---|---|
| 64 | 11/10/14 | Email from McClure to Bagley re Mid Con Energy Partners launch follow on | | | |
| 65 | 11/12/14 | Email from McClure to Bagley re RAIT Financial Trust pfd series | | | |
| 66 | 11/13/14 | Email from Ripley to Lawton re lift wrap fee account | | | |
| 67 | 11/20/14 | Email from McClure to Bagley re New York Montague Trust launch details | | | |
| 68 | 12/5/14 | Email from Kuo to Bowman re MLV interim audit request | | | |
| 69 | 2/3/15 | Email from McClure to Bagley re Senior Housing Properties Trust offering | | | |
| 70 | 2/9/15 | Email from McClure to Bagley re: Rose Rock Midstream launch | | | |
| 71 | 3/9/15 | Email from Maher to O'Keefe re GFFFX fee base | | | |
| 72 | 3/9/15 | Email from Maher to O'Keefe re AEPFX fee base | | | |
| 73 | 3/11/15 | Email to O'Keefe from Maher cc: McClure re MF symbol | | | |
| 74 | 6/9/15 | Memo McClure to Maher re March 2015 206(4)-7 Testing Best Execution | | | |
| 75 | 8/20/15 | Email from Maher re IPO trades done in RIA accounts | | | |
| 76 | 8/21/15 | Email to McClure from Alperin re FW: Contingencies | | | |
| 77 | 8/24/15 | Email to Peters from McClure re FW: Note | | | |
| 78 | 8/27/15 | Email to McClure from Alperin re FINRA Filing with attachments | | | |
| 79 | 8/28/15 | Email to Seligmuller from McClure cc Alperin re RE: FINRA Filing | | | |
| 80 | 1/13/16 | Email from Chris McClure to Maher | | | |
| 81 | 2/24/17 | Collection of documents regarding certain compliance testing performed | | | |
| 82 | 5/1/18 | McClure's Recorded Notes/History with clients Steve and Gail Huberman | | | |
| 83 | | Akebia offering and due diligence documents | | | |
| 84 | 9/20/18 | Expert Report of Jan Jindra | | | |
| 85 | | Jindra CV | 3/10/20 | | FULL |
| 86 | | Ex. 2 to Jindra Report: Materials Considered | | | |
| 87 | | Ex. 3 to Jindra Report: Advisory Fees and Mark-Ups for Advisory Accounts: 1/1/2012 - 6/30/2015 | 3/10/20 | | FULL |
| 88 | | Ex. 4A to Jindra Report: End-of-Month Holdings of Selling Dealer Offerings as a Fraction of Account Values for 24 Advisory Accounts: January 1, 2012 - March 31, 2015 | | | |
| 89 | | Ex. 4B to Jindra Report: Monthly Listing of End-of-Month Holdings of Selling Dealer Offerings as a Fraction of Account Values for 24 Advisory Accounts: January 1, 2012 - March 31, 2015 | | | |
| 90 | | Ex. 5 to Jindra Report: Advisory Accounts Purchases of Selling Dealer Offerings: Investments and Gains/(Losses) | | | |
| 91 | | Ex. 6 to Jindra Report: 12b-1 Fees for Advisory Accounts: 1/1/2012 - 9/14/2017 | 3/10/20 | | FULL |

SEC v. Westport

17cv2064-JAM

Trial Exhibits ID List

| Ex # | Date | Description | Date Offered | ID | FULL |
|------|------|-------------|--------------|-----|------|
| 92 | | CD of other Electronic Data Cited in Jindra Report | | | |
| 93 | | CD of Trade Blotter data reviewed by Jindra | | | |
| 94 | | CD of Electronic Mutual Fund data | | | |
| 95 | 9/21/18 | Expert Report of Marti Murray | | | |
| 96 | | Murray Ex A (CV) | 3/11/20 | | FULL |
| 97 | | Ex. B to Murray Report:  Documents Relied Upon | | | |
| 98 | | Ex. C to Murray Report:  Trade Confirmations | | | |
| 99 | | Ex. D to Murray Report: Characteristics of Principal Trade Securities | | | |
| 100 | | Ex. E to Murray Report: Analysis of Atterbury accounts and Stein Estate accounts | | | |
| 101 | | Account Statements Reviewed by Jindra | | | |
| 102 | | CD containing 159 prospectuses reviewed by Murray and list of those prospectuses | | | |
| 102-11 | | Prospectus - Bluerock | 3/11/20 | | FULL |
| 102-22 | | Prosepctus - Fifth Street | 3/9/20 | | FULL |
| 102-133 | | Prospectus - North Star | 3/9/20 | | FULL |
| 103 | | Atterbury Account x404 - Combined Account Statements | 3/9/20 | | FULL |
| 104 | | Atterbury Account x416 - Combined Account Statements | 3/11/20 | | FULL |
| 105 | | Atterbury x404 Account Information for Trust Accounts | | | |
| 106 | | Atterbury x404 Client Information Form | 3/10/20 | | FULL |
| 107 | | Atterbury x404 Investment Mgmt Agreement.pdf | 3/11/20 | | FULL |
| 108 | | Atterbury x416 Investment Mgmt Agreement.pdf | | | |
| 109 | | Atterbury x416 Acct Info for Trust Accounts | | | |
| 110 | | Atterbury x416 Revocable Trust Client Information Form | 3/11/20 | | FULL |
| 111 | | Huberman Account x272 - Combined Account Statements | | | |
| 112 | | Huberman X272 Client Information Form | | | |
| 113 | | Huberman x272 Investment Advisory Agreement | | | |
| 114 | | Stein Account Investment Management Agreement | 3/9/20 | | FULL |
| 115 | | Stein Estate Client Information Account Opening - Holzman | 3/9/20 | | FULL |
| 116 | | Stein Account x515 - Combined Account Statements | 3/9/20 | | FULL |
| 117 | | Stein x515 Client Information Form- Pinchevsky | 3/9/20 | | FULL |
| 118 | | Stein x515 new account | | | |
| 119 | 6/27/12 | Email from Maher to McClure forwarding Atterbury email. | | | |
| 120 | 1/28/12 | Prospectus for Fidelity Advisor Growth Opportunities Fund | | | |
| 121 | 3/1/13 | Prospectus for Franklin Floating Rate Fund | | | |
| 122 | 3/1/13 | Prospectus for First Eagle Overseas Fund | | | |
| 123 | 4/1/13 | Summary Prospectus - Lord Abbett Floating Rate Fund | 3/12/20 | | FULL |

SEC v. Westport

17cv2064-JAM

Trial Exhibits ID List

| Ex # | Date | Description | Date Offered | ID | FULL |
|------|------|-------------|--------------|-----|------|
| 124 | 4/29/13 | Prospectus for Saratoga Investment Corp., SEC Form N-2 filing | 3/11/20 | | FULL |
| 125 | 5/1/13 | Franklin fund Summary Prospectus | | | |
| 126 | 2/8/11 | FINRA Regulatory Notice dated 2/8/11 re: Fixed Price Offerings | | | |
| 127 | 7/1/13 | JPM Morcom User Guide Fee Billing | | | |
| 128 | 7/1/13 | JPM Morcom User Guide MORCOM Trading | | | |
| 129 | 7/13/16 | SEC National Exam Program Risk Alert dated 7/13/16 re: Share Class Initiative | | | |
| 130 | | FINRA 2111 Components of Suitability | | | |
| 131 | | NASD Rule 1022(b) | | | |
| 132 | | FINRA Rule 1220(a)(4) | | | |
| 133 | | CD of Electronic Advisory Fee data | | | |
| 134 | | Electronic selling dealer offering data reviewed by Jindra | | | |
| 135 | | Electronic Funds Available Data | | | |
| 136 | | Electronic Fund Conversion Data | 3/12/20 | | FULL |
| 137 | | Electronic data re use of NFS feeEngine to exclude assets in advisory accounts from the calculation of the advisory fee | | | |
| 138 | 6/19/09 | June 2009 contract between Westport and Regulatory Compliance | | | |
| 139 | 6/23/10 | Email from McClure to Fetcko re compliance procedures | | | |
| 140 | 3/14/11 | Email to Mascolo from Marisa Maher cc: Chris McClure Subject: IPO Language with WCM ADVII language doc attached | 3/12/20 | | FULL |
| 141 | 8/4/11 | Regulatory Compliance proposal | | | |
| 142 | 9/9/11 | Email to Chris McClure from Marisa Maher Subject: FW: ADV II with docs attached named Westport Part 1 and Westport Part 2 draft | | | |
| 143 | 9/29/11 | Email to Ben Mascolo from Marisa Maher Subject: RE: RIA with doc attached named WSP RIA Customization Questionnaire | | | |
| 144 | 8/29/12 | E-mail from Lori Weston to Maher | | | |
| 145 | 9/19/12 | Email to Fetcko from Marisa Maher cc: Chris McClure with WCM work sheet attached. | | | |
| 146 | 9/19/12 | Email to Fetcko from Chris McClure cc: Marisa Maher reply to above noted email. | 3/12/20 | | FULL |
| 147 | 5/29/13 | Email from Gail Musco to Marisa Maher | | | |
| 148 | 5/31/13 | Email from Marisa Maher to Gail Musco | | | |
| 149 | 6/28/13 | Regulatory Compliance proposal | | | |
| 150 | 9/16/13 | Email re Filing forms ADV | | | |
| 151 | 4/29/14 | Email to McClure from Fetcko with attached Proposal for Services: RIA PartnerPlus Program | | | |
| 152 | 4/29/14 | Regulatory Compliance proposal | 3/13/20 | | FULL |
| 153 | 10/8/14 | Email from Lori Weston dated 10/8/2014 attaching draft Form ADV. | | | |
| 154 | 10/10/14 | Weston email to Maher & McClure re: ADV edits | | | |
| 155 | 10/10/14 | Email from Weston with attached Form ADV Part 2A | 3/13/20 | | FULL |
| 156 | 10/13/14 | Weston email to Maher & McClure re: verbal approval | 3/13/20 | | FULL |
| 157 | 3/10/15 | Email to Maher from Moreshead | | | |

SEC v. Westport
17cv2064-JAM
Trial Exhibits ID List

| Ex # | Date | Description | Date Offered | ID | FULL |
|---|---|---|---|---|---|
| 158 | 4/7/15 | Email from Weston with attached draft Form ADV | | | |
| 159 | 7/23/15 | Email from Weston dated re voicemail | 3/13/20 | | FULL |
| 160 | 8/18/15 | Email to Moreshead from Maher with attached Trade Confirmation Summary Reports; | | | |
| 161 | | Spreadsheet of Regulatory Compliance time entries for Westport work 2010-2015 | | | |
| 162 | | NCS Regulatory Compliance Questionnaire related to updating Westport compliance manual | | | |
| 163 | 10/19/18 | Expert Report of Elliot Server | | | |
| 164 | 10/19/18 | Exh B to Server's Expert Report - documents and materials considered | | | |
| 165 | 10/19/18 | Elliot Server's CV | | | |
| 166 | | Former Def 618 Investment Proposal Huberman | | | |
| 167 a | | Jindra demonstrative | 3/10/20 | | FULL |
| 167 b | | Jindra demonstrative | | | |
| 167 c | | Jindra demonstrative | 3/10/20 | | FULL |
| 167 d | | Jindra demonstrative | 3/10/20 | | FULL |
| 167 e | | Jindra demonstrative | 3/10/20 | | FULL |
| 167 f | | Jindra demonstrative | 3/10/20 | | FULL |
| 167 g | | Jindra demonstrative | 3/10/20 | | FULL |
| 167 h | | Jindra demonstrative | | | |
| 167 i | | Jindra demonstrative | 3/10/20 | | FULL |
| 167 j | | Jindra demonstrative | 3/10/20 | | FULL |
| 167 k | | Jindra demonstrative | 3/10/20 | | FULL |
| 167 l | | Jindra demonstrative | 3/10/20 | | FULL |
| 167 m | | Jindra demonstrative | 3/10/20 | | FULL |
| 168 a | | Murray demonstrative | 3/11/20 | | FULL |
| 168 b | | Murray demonstrative | 3/11/20 | | FULL |
| 168 c | | Murray demonstrative | 3/11/20 | | FULL |
| 168 d | | Murray demonstrative | 3/11/20 | | FULL |
| 168 e | | Murray demonstrative | 3/11/20 | | FULL |
| 168 f | | Murray demonstrative | 3/11/20 | | FULL |
| 168 g | | Murray demonstrative | 3/11/20 | | FULL |
| 168 h | | Murray demonstrative | 3/11/20 | | FULL |
| 168 i | | Murray demonstrative | 3/11/20 | | FULL |
| 168 j | | Murray demonstrative | 3/11/20 | | FULL |
| 169 | | Joint Stipulation | 3/11/20 | | FULL |
| | | | | | |
| DX501 | 6/19/09 | Regulatory Compliance Agreement 6.19.09 | | | |
| DX502 | 7/9/10 | Atterbury Henry -- Client Info for Entities 7.9.10 | | | |
| DX503 | 8/6/10 | ADV Part 1 -- 8.6.10 | | | |
| DX504 | 9/2/10 | Atterbury Henry -- Account Information for Trust Accounts 9.2.10 | | | |
| DX505 | 00/00/2011 | Regulatory Compliance Timesheet | | | |
| DX506 | 1/1/11 | Regulatory Compliance Agreemenet 1.1.11 | | | |
| DX507 | 2/10/11 | Atterbury Joan --Account Information for Trust Accounts 2.10.11 | | | |
| DX508 | 2/10/11 | Atterbury Joan -- Client Information for Entitites 2.10.11 | | | |
| DX509 | 3/15/11 | B Mascolo Email to Maher re IPO Language 3.15.11 | 3/11/20 | | FULL |

SEC v. Westport
17cv2064-JAM
Trial Exhibits ID List

| Ex # | Date | Description | Date Offered | ID | FULL |
|------|------|-------------|--------------|-----|------|
| DX510 | 3/16/11 | Magnum Hunter Email Maher to Atterbury 3.16.11 | | | |
| DX510a | 3/16/11 | ATCH: MHR-20110315-FWP-0 | | | |
| DX511 | 6/10/11 | Westport ADV Part II -- 6.10.11 | | | |
| DX512 | 7/25/11 | Regulatory Compliance Proposal 7.25.11 | 3/12/20 | | FULL |
| DX513 | 8/5/11 | Westport Agreement for Services with Regulatory Compliance 8.5.11 | 3/12/20 | | FULL |
| DX514 | 8/10/11 | B Mascolo Email to Maher (Marisa) re Form ADV Part 2 8.10.11 | | | |
| DX514a | 8/10/11 | ATCH: Westport Part 2 draft | | | |
| DX515 | 8/29/11 | B Mascolo Email to Maher (Marisa) re Part 2 Review 8.29.11 | | | |
| DX515a | 8/29/11 | ATCH: Westport Part 2 draft | | | |
| DX516 | 9/2/11 | B Mascolo Email to Maher (Marisa) re ADV II 9.2.11 | | | |
| DX517 | 9/8/11 | B Mascolo Email to Maher re ADV II 9.8.11 | | | |
| DX518 | 9/13/11 | B Mascolo Email to Maher (Marisa) re ADV II @3:13 pm | | | |
| DX518a | 9/13/11 | ATCH: Westport Part 2 Clean | | | |
| DX519 | 9/13/11 | B Mascolo Email to Maher (Marisda) re ADV II @3:35 pm | | | |
| DX519a | 9/13/11 | ATCH: Westport Part 1 otaa | | | |
| DX520 | 9/23/11 | B Mascolo Email to Maher (Marisa) re RIA 9.23.11 | | | |
| DX520a | 9/23/11 | ATCH: WSP Customization Questionnaire 1 12 11 | | | |
| DX521 | 9/29/11 | Maher Email to Masculo re RIA with attachment 9.29.11 | 3/11/20 | | FULL |
| DX521a | 9/29/11 | ATCH: WSP RIA Customization Questionnaire 1 12 11 | 3/11/20 | | FULL |
| DX522 | 3/14/12 | Northstar Realty Email from Maher to Atterbury 3.14.12 | 3/11/20 | | FULL |
| DX522a | 3/14/12 | ATCH: Northstar Realty Finance Corp Preliminary Prospectus Supplement | 3/11/20 | | FULL |
| DX523 | 5/10/12 | Cedar Realty Email from Maher to Atterbury and Pinchevsky 5.10.12 | 3/9/20 | | FULL |
| DX523a | 5/10/12 | ATCH: CDR-20120510-FWP-0 | 3/9/20 | | FULL |
| DX523b | 5/10/12 | ATCH: CDR-20120508-424B5-0 | 3/9/20 | | FULL |
| DX524 | 5/22/12 | Huberman Client Information 5.22.12 | | | |
| DX525 | 5/22/12 | Huberman New Account Form 5.22.12 | | | |
| DX526 | 5/22/12 | Cedar Realty Confirm -- Atterbury 5.22.12 | | | |
| DX527 | 6/27/12 | Atterbury Investment Management Agreement - 6.27.12 | | | |
| DX528 | 7/24/12 | Greenhunter Email from Maher to Atterbury and Pinchevsky 7.24.12 | | | |
| DX528a | 7/24/12 | ATCH: Greenhunter Energy Pfd C | | | |
| DX529 | 8/3/12 | W Costenbader Email to Maher (Marisa) re focus reports 8.3.12 | | | |
| DX529a | 8/3/12 | ATCH: 12 WCM Focus Report 093011 | | | |
| DX530 | 9/6/12 | M Maher Notes | | | |
| DX531 | 9/18/12 | L Weston Email to Maher (Marisa) re ADV 9.18.12 | 3/13/20 | | FULL |
| DX532 | 9/19/12 | W Costenbader Email to Maher (Marisa) re financials 9.19.12 | | | |

SEC v. Westport
17cv2064-JAM
Trial Exhibits ID List

| Ex # | Date | Description | Date Offered | ID | FULL |
|------|------|-------------|--------------|-----|------|
| DX532a | 9/19/12 | ATCH: 02 WCM P&L Aug 2012 | | | |
| DX533 | 11/6/12 | JPM Monthly Billing Reprt for Westport | | | |
| DX534 | 11/8/12 | L Weston Email to Maher (Marisa) re 2012 Renewals 11.8.12 | 3/13/20 | | FULL |
| DX535 | 11/13/12 | Huberman Investment Management Agreement - 11.13.12 | | | |
| DX536 | 1/17/13 | JMP Group Email from Maher to Atterbury and Pinchevsky 1.17.13 | 3/9/20 | | FULL |
| DX536a | 1/17/13 | ATCH: JMP baby bond IPO | 3/9/20 | | FULL |
| DX537 | 1/24/13 | Dolan Email from Maher to Atterbury and Pinchevsky 1.24.13 | 3/9/20 | | FULL |
| DX537a | 1/24/13 | ATCH: 467704ACL | 3/9/20 | | FULL |
| DX538 | 1/29/13 | Stein Death Certificate | | | |
| DX539 | 3/19/13 | Maher Email to B Fetcko re question | | | |
| DX540 | 3/22/13 | Stein Estate -- Client Information for Entitites - A Holzman | | | |
| DX541 | 3/27/13 | Stein Estate -- Client Information for Entities - C Pinchevsky 4.8.13 | | | |
| DX542 | 4/3/13 | Atterbury Confirmation 4.3.13 | 3/10/20 | | FULL |
| DX543 | 4/3/13 | Stein Estate -- Account Information for Trust Accounts 4.3.13 | | | |
| DX544 | 4/22/13 | Westport Supplemental Statement of Income | | | |
| DX545 | 5/9/13 | Maher Email to Holzman and Pinchevsky re Investment Management Agreement 5.9.13 | 3/9/20 | | FULL |
| DX545a | 5/9/13 | ATCH: Westport - ADV Part 2 - Jan 2013 | 3/9/20 | | FULL |
| DX545b | 5/9/13 | ATCH: Investment Management Agreement Estate of Sylvia Stein | 3/9/20 | | FULL |
| DX546 | 5/15/13 | Stein Estate -- Investment Mgmt Agreement - signed 5.15.13 | | | |
| DX547 | 6/28/13 | Regulatory Compliance Agreement for Services 6.28.13 | | | |
| DX548 | 7/22/13 | Westport General Ledger as of 7.22.13 | | | |
| DX549 | 8/7/13 | Independence Realty Email from Maher to Atterbury Pinchevsky and Holzman 8.7.13 | 3/9/20 | | FULL |
| DX549a | 8/7/13 | ATCH: Independencerealtytrustinc-- 20130726-S11A-0 11A 07.26.13 | 3/9/20 | | FULL |
| DX550 | 9/6/13 | L Weston Email to Maher (Marisa) re draft ADV 9.6.13 | 3/13/20 | | FULL |
| DX551 | 10/11/13 | L Weston Email to C McClure re Draft Compliance Policies and Procedures Manual 10.11.13 | | | |
| DX551a | 10/11/13 | ATCH: Westport CPP for client review 10.11.13 | | | |
| DX552 | 10/25/13 | Maher Email to L Weston re Draft Compliance Policies and Procedures Manual 10.25.13 | | | |
| DX553 | 12/18/13 | Five Oaks Email from Maher to Atterbury 12.18.13 | | | |
| DX553a | 12/18/13 | ATCH: FiveOaks_prelim_prospectus | | | |
| DX554 | 12/18/13 | Five Oaks Email from Maher to Holzman and Pinchevsky 12.18.13 | 3/9/20 | | FULL |

SEC v. Westport
17cv2064-JAM
Trial Exhibits ID List

| Ex # | Date | Description | Date Offered | ID | FULL |
|------|------|-------------|--------------|-----|------|
| DX554a | 12/18/13 | ATCH: winmail | 3/9/20 | | FULL |
| DX555 | 4/29/14 | Regulatory Compliance Agreement 4.29.14 | | | |
| DX556 | 5/14/14 | Prospectus (Supplement) Cover Page (Sample) | | | |
| DX557 | 7/8/14 | Maher Email to L Weston re New RIA Contact 7.8.14 | | | |
| DX558 | 7/15/14 | H Pontzer Email to Maher (Marisa) re Emailing: Westport-Form ADV Part 1 . . . 7.15.14 | | | |
| DX558a | 7/15/14 | ATCH:  Westport-Form ADV Part 1- Updated 7-15-14 | | | |
| DX559 | 8/00/2014 | IPO Deals Aug 2014 - June 2015 Chris McClure did not participate in | | | |
| DX560 | 9/19/14 | C McClure Email to H Pontzer re Goldman Sachs MLP Energy Renaissance Fund | | | |
| DX560a | 9/19/14 | ATCH: Goldman Sachs MLP Energy Renaissance Fund_Investor Brochure & Prelim Combo_rev | | | |
| DX561 | 9/24/14 | H Pontzer Email to Maher (Marisa) re ADV Part 2A/2B  . . . 9.24.14 | | | |
| DX561a | 9/24/14 | ATCH: Westport - ADV Part 2A and 2B - Annual Update -2014 | | | |
| DX561b | 9/24/14 | ATCH: Westport-form ADV Part 1- Annual Update- 2014 | | | |
| DX562 | 9/26/14 | H Pontzer Email to Maher (Marisa) re Form ADV Part 2A-FINAL 9.26.14 | | | |
| DX562a | 9/26/14 | ATCH: Form ADV Part 2A-FINAL | | | |
| DX562b | 9/26/14 | ATCH: Part 1 draft 09 25 14-FINAL | | | |
| DX562c | 9/26/14 | ATCH: Westport - ADV Part 2A and 2B- Annual Update -2014(4) | | | |
| DX563 | 10/8/14 | L Weston Email to Maher (Marisa) re MLV disclosure 10.8.14 | 3/13/20 | | FULL |
| DX563a | 10/8/14 | ATCH: Westport - ADV Part 2a and 2B- 10.08.14 | 3/13/20 | | FULL |
| DX564 | 10/10/14 | L Weston Email to Maher (Marisa) re MLV disclosure - entire chain 10.10.14 | | | |
| DX564a | 10/10/14 | ATCH: Westport - ADV Part 2A and 2B- 10.10.14 | | | |
| DX565 | 10/13/14 | L Weston Email to Maher (Marisa) re Final ADV Parts 1 and 2 as filed 10.13.14 | | | |
| DX565a | 10/13/14 | ATCH: Part 1 as filed 10.13.14 | | | |
| DX565b | 10/13/14 | ATCH: Westport - ADV Part 2A and 2B final 10.10.14 as filed 10.13.14 | | | |
| DX566 | 3/00/2015 | March 2015 Client Statement -- J Casucci IRA | | | |
| DX567 | 3/4/15 | Maher Email to L Weston re RIA ["IOI"] 3.4.15 | | | |
| DX567a | 3/4/15 | ATCH: Daily Activity RIA IOI | | | |
| DX568 | 3/4/15 | Maher Email to L Weston re IOI 3.4.15 | | | |
| DX568a | 3/4/15 | ATCH: RIA IOI Allocations | | | |
| DX569 | 3/9/15 | Maher Email In and Out -- March 9-11, 2015 | | | |
| DX570 | 3/9/15 | Maher Email string reporting error messages | 3/12/20 | | FULL |
| DX571 | 3/9/15 | Maher Email reply string #1 -- 3/9/15 | 3/12/20 | | FULL |

SEC v. Westport
17cv2064-JAM
Trial Exhibits ID List

| Ex # | Date | Description | Date Offered | ID | FULL |
|------|------|-------------|--------------|-----|------|
| DX572 | 3/9/15 | Maher Email reply string #2 -- 3/9/15 | | | |
| DX573 | 3/9/15 | Maher Email reply string #3 -- 3/9/15 | | | |
| DX574 | 3/9/15 | Maher Email reply string #4 -- 3/9/15 | | | |
| DX575 | 3/11/15 | Maher Email reply string #5 -- 3/11/15 | | | |
| DX576 | 3/11/15 | Maher Email reply string #6 -- 3/11/15 | | | |
| DX577 | 3/11/15 | Maher Email to L Weston re FW: RIA 3/11/15 | 3/13/20 | | FULL |
| DX577a | 3/11/15 | ATCH: Daily Activity RIA IOI | 3/13/20 | | FULL |
| DX578 | 3/12/15 | L Weston Email to Maher (Marisa) re RIA ["IOI"] | | | |
| DX579 | 3/19/15 | NFS Clearing Agreement | | | |
| DX580 | 4/6/15 | Weston Email to Maher re Change in Custodian 4.6.15 | 3/13/20 | | FULL |
| DX580a | 4/6/15 | ATCH: Westport - ADV Part 2A and 2B - DRAFT UPDATE April 2015 | | | |
| DX580b | 4/6/15 | ATCH: Std Investment Management Agreement Oct 2013 w RC tracked changes 04.06.15 | | | |
| DX580c | 4/6/15 | ATCH: Westport tracked changes for custodian change 04.06.15 | | | |
| DX581 | 4/27/15 | McClure letter to McNicholl of MLV re Exercise of Breakup Option 4.27.15 | | | |
| DX582 | 7/15/15 | Membership Interest Redemption and Release Agreement MLV McClure 7.15.15 | | | |
| DX583 | 7/23/15 | L Weston Email to C McClure re your voicemail 7.23.15 | | | |
| DX584 | 8/18/15 | L Weston Email to C Moreshead re westport call 8.18.15 | | | |
| DX585 | 8/18/15 | Maher Email to C Moreshead re client confirms 8.18.15 | | | |
| DX585a | 8/18/15 | ATCH: Client Confirms | | | |
| DX586 | 8/19/15 | M Alcaide Email to C Moreshead re 206 4 7 exam 8.19.15 | | | |
| DX587 | 8/28/15 | Verrill Dana Letter to FINRA 8.28.15 | 3/12/20 | | FULL |
| DX588 | 8/28/15 | McClure Email to J Ulloa of FINRA re letter 8.28.15 | 3/12/20 | | FULL |
| DX588a | 8/28/15 | ATCH: FINRA letter_8588275(1) | | | |
| DX589 | 8/31/15 | Bryant email to McClure (cc Ulloa) re FINRA letter 8.31.15 | | | |
| DX590 | 9/2/15 | Email from SEC (Hegelsteinm) to McClure re email Examination of Westport Capital markets | | | |
| DX590A | 9/2/15 | ATCH: smail examination of Westport Capital Markets | | | |
| DX591 | | Withdrawn | | | |
| DX592 | 9/27/15 | C Moreshead Email to M Alcaide re MLV disclosure 9.27.15 | | | |
| DX593 | 9/28/15 | L Weston Email to C Moreshead re westport history 9.28.15 | | | |
| DX594 | 4/27/16 | Verrill Dana Response Letter to SEC 4.27.16 | | | |
| DX595 | 12/00/17 | Huberman Profit & Loss Summary | | | |
| DX596 | 1/24/18 | Huberman ADV Delivery Receipt 1.24.18 | | | |

SEC v. Westport
17cv2064-JAM
Trial Exhibits ID List

| Ex # | Date | Description | Date Offered | ID | FULL |
|---|---|---|---|---|---|
| DX597 | 10/19/18 | E Server Expert Report | | | |
| DX598 | 11/19/19 | Huberman Call Notes History | | | |
| DX599 | Various | Maher Email samples to Westport clients attaching offering documents (various dates) | | | |
| DX600 | 2009-2015 | Regulatory Compliance Invoices to Westport 2009-2015 | 3/11/20 | | FULL |
| DX601 | 1/1/2009 - 12/31/2015 | Regulatory Compliance Email Traffic TO Westport - Total Sent | | | |
| DX602 | 1/1/2009 - 12/31/2015 | Regulatory Compliance Email Traffic FROM Westport - Total Received | | | |
| DX603 | 4/30/2001 - 10/9/2019 | ADV History from IARD print out | | | |
| DX604 | 11/2/2009 - 4/14/2016 | Atterbury Call Notes- History listed by contact | | | |
| DX605 | 11/18/2013 - 1/13/2016 | Stein Estate Call Notes- History listed by contact - Amy Holzman | | | |
| DX606 | 8/19/2010 - 6/24/2015 | Stein Sylvia & Estate -- Call Notes-History listed by contact - Carolyn Pinchevsky | | | |
| DX607 | 9/14/ | Stein Sylvia & Mildred -- New Account Form 9.14.?? | | | |
| DX608 | n/a | E Server  APPENDIX  A - CV | 3/12/20 | | FULL |
| DX609 | As of 1/31/2018 | E Server APPENDIX  A - Testimony | 3/12/20 | | FULL |
| DX610 | n/a | E Server APPENDIX  B - Docs Relied Upon | | | |
| DX611 | 2/2012 - 6/2016 | E Server APPENDIX  C - P&L Atterbury, HC | | | |
| DX612 | 2/2012 - 5/2016 | E Server APPENDIX  C - P&L Atterbury, Joan | | | |
| DX613 | 4/2013 - 3/2015 | E Server APPENDIX  C - P&L Stein | | | |
| DX614 | n/a | E Server APPENDIX  D | 3/12/20 | | FULL |
| DX615 | n/a | E Server At-Issue Syndicate Offerings Underwriters | | | |
| DX616 | n/a | E Server Demonstrative Exhibits | | | |
| DX617 | n/a | Huberman ADV Log Showing 11.13.12 Receipt of ADV | | | |
| DX618 | | Withdrawn | | | |
| DX619 | 6/26/12 | Maher Email to H Atterbury re Management Agreement 6.26.12 | 3/11/20 | | FULL |
| DX619a | 6/26/12 | ATCH: Investment Management Agreement WCM Atterbury | 3/11/20 | | FULL |
| DX619b | 6/26/12 | ATCH: Westport - ADV Part 2 - 2 8 2012 | 3/11/20 | | FULL |
| DX620 | 9/12/12 | MHR CONFIRM 9..12.12  61485404.pdf | | | |
| DX621 | 1/24/13 | Dolan Confirm - Atterbury 404 1.24.13.pdf | | | |
| DX622 | 1/17/13 | JPM Group Confirm - Atterbury 404 1.17 .13.pdf | | | |
| DX623 | 1/17/13 | JMP Group Confirm - Atterbury 416 1.17.13.pdf | | | |
| DX624 | 12/18/13 | Five Oaks Confirm - Atterbury 404 12.18.13.pdf | | | |
| DX625 | 12/18/13 | Five Oaks Confirm - Atterbury 416 12.18.13.pdf | | | |
| DX626 | 2012-6/30/2016 | Atterbury Accounts Performance Data | | | |

SEC v. Westport
17cv2064-JAM
Trial Exhibits ID List

| Ex # | Date | Description | Date Offered | ID | FULL |
|------|------|-------------|--------------|-----|------|
| DX627 | 2008-2/12/2015 | Stein Account Performance Data | | | |
| DX628 | 3/14/11 | M Maher Email to Mascolo re IPO Language 3.14.11 | | | |
| DX628A | 3/14/11 | ATCH: WCM ADV II language | | | |
| DX629 | 3/15/11 | M Maher Email to Ashe, etc. re ADV II 3.15.11 | 3/11/20 | | FULL |
| DX629A | 3/15/11 | ATCH: WCM ADV Part II and Schedule F as of March 15 2011 | 3/11/20 | | FULL |
| DX630 | 12/16/10 | Atterbury Email to McClure re cd 12.16.10 | 3/11/20 | | FULL |
| DX631 | 12/16/10 | McClure Email to Atterbury re Atterbury Accounts 12.16.10 | | | |
| DX632 | | Rait Realty Holdings | | | |
| DX633 | | Risk-Free Rates | 3/12/20 | | FULL |
| DX634 | | Star Bulk Shipbuilding | | | |
| DX635 | | At-Issue Losses: Mid-Stream Energy Sector, Mid-Market Financial Services Sector, Real Estate Sector | | | |
| DX636 | | SEC is Incorrect-there is no "mark-up" in syndicate transactions | | | |
| DX637 | | How stocks are offered to the public | | | |
| DX638 | | Demonstrative of Asset Allocation Modeling | 3/12/20 | | FULL |
| DX639 | | Review of Solomon and Kaplan Series 63 and 65 Texts | | | |
| DX640 | | Open-end Floating Rate Muutal Fund Data | | | |
| DX641 | | Key Performance Data | | | |
| DX642 | | Prospectus Ex-Financials | | | |
| DX643 | | Prospectus Ex-Real Estate | | | |
| DX644 | | Prospectus Ex-Mid Energy | | | |
| DX645 | | Westport Syndicate Transaction Detail (alpha) | | | |
| DX646 | | Westport Transaction History | | | |
| DX647 | | Syndicate Offering Flow Chart | 3/11/20 | | FULL |
| DX648 | | The Regulatory Framework | | | |
| DX649 | | History of Purchases for Atterbury | 3/12/20 | | FULL |
| DX650 | | History of Purchases for Stein | 3/9/20 | | FULL |
| DX651 | | New Stock Flow Chart | | | |
| DX652 | | 2 Types of Stock Offerings | | | |
| DX653 | | New Stock Offering Price=$25 | | | |
| DX654 | | New Stock Offering Timeline | | | |
| DX655 | | New Stock Flow Chart | | | |
| DX656 | | CT Drivers' Manual | | | |
| DX657 | | Expert's Wrong - Money (magazine) | | | |
| DX658 | | 2011-1-11 Email to HC Atterbury | 3/11/20 | | FULL |
| DX658a | | 2011-1-11 Letter to HC Atterbury | 3/11/20 | | FULL |
| 663 | | | 3/12/20 | | |
| DX700 | | | 3/10/20 | ID | |